SAMPLE #2
**FILED**
JAN 0 7 2016
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT) WESTERN DIST. OKLA.
BY_____W_____,DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

Plaintiff(s)
Christopher Melton Maidt

vs.

CIV-16-11 R
CASE NO._____

Defendant(s)
Oklahoma City police dept.

**COMPLAINT**

Failure to file police reports on at least three occasions. Lying on an official police report. Conspiring to lie. Defamation of Character, slander and liable. Theft of my St. Christopher medal.

CMS
8912 N. May Ave
OKC, OK 73120
(405) 821-3497

**NOTE:** *Your signature, address and phone number must appear at the end of each pleading.*