**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| CHRISTOPHER MELTON MAIDT,  )  | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | Case No. CIV-16-11-R |
| ) | |
| OKLAHOMA CITY POLICE  ) | |
| DEPARTMENT,  ) | |
| ) | |
| Defendant.  ) | |

## JUDGMENT

In accordance with the Order entered this 20th day of January, 2016, this matter is hereby DISMISSED.

IT IS SO ORDERED this 20th day of January, 2016.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE